IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Criminal No.07-409 |
| ) | Judge Lancaster |
| JOHN LAYHEW ) | |

### ORDER OF COURT

AND NOW, to-wit, this 20th day of December 2007, upon consideration of the within Motion for Extension of Time Within Which to File Pretrial Motions, it is hereby ORDERED and DECREED that said Motion be and is hereby GRANTED, IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excludable delay under the Speedy Trial Act, 18 U.S.C.§3161 et.seq.

Specifically, this Court finds that the ends of justice served by granting this Motion outweigh the interests of the public and Defendant to a speedy trial, 18 U.S.C. §3161(h)(8)(A), since, for the reasons stated in defendant's Motion, the failure to grant such a continuance would deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the necessity for due diligence. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that any Pretrial Motions referred to in Local Criminal Rule 12.1 are due on or before February 26, 2008.

UNITED STATES DISTRICT JUDGE

cc: Counsel of Record