IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Criminal No. 07-409 |
|  | ) |  |
| JOHN LAYHEW, | ) |  |
| Defendant. | ) |  |

ORDER

AND NOW, this 6th day of August, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 18, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, September 3, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: James Garrett,
    Assistant United States Attorney

    Michael J. Healey, Esquire
    Suite C-2, The Pennsylvanian
    1100 Liberty Avenue
    Pittsburgh, PA 15222

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation